UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; DR. JAMES DIBDIN; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | NO. 1:19-cv-00558 DAD JLT<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND TO DEFENDANTS CITY OF DELANO, ALFONSO VALDEZ, ESTATE OF JEFFREY NACUA AND SARAH GARCIA NACUA, A 30-DAY EXTENSION BY WHICH TO FILE A RESPONSIVE PLEADING DUE TO A CHANGE OF COUNSEL**<br>(Doc. 11) |

GOOD CAUSE APPEARING, the parties' stipulation to extend to Defendants City of Delano, Alfonso Valdez, Estate of Jeffery Nacua, and Sarah

Garcia Nacua, a 30 day extension by which to file a responsive pleading is hereby GRANTED.

Defendants City of Delano, Alfonso Valdez, Estate of Jeffrey Nacua and Sarah Garcia Nacua shall have up to and including August 23, 2019, to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: **July 17, 2019**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE