UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; DR. JAMES DIBDIN; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | NO. 1:19-cv-00558 DAD-JLT<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS KERN COUNTY, ROBERT CARBONE, RAYMOND LOPEZ AND GREGG BRESSON TO FILE RESPONSIVE PLEADING AND SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE**<br>(Doc. 13) |

GOOD CAUSE APPEARING, the parties' stipulation extending the deadline for the Stipulating Defendants to file a responsive pleading from July 23, 2019 to September 10, 2019 and setting a briefing schedule for the Stipulating

1

Defendants' planned motion to dismiss pursuant to F.R.C.P. 12(b)(6) and motion to strike, is hereby GRANTED.

The deadline for the Stipulating Defendants to file a responsive pleading, shall be extended from July 23, 2019 to September 10, 2019. This deadline will also be the deadline for Defendants Bresson and Lopez to file a responsive pleading, if they are personally served or authorize counsel for the Stipulating Defendants to accept service on their behalf on or before September 1, 2019.

The Court sets the following briefing schedule for Defendants' motion to dismiss pursuant to F.R.C.P. 12(b)(6) and motion to strike:

| Event | Deadline |
|---|---|
| File Defendants' Motion to Dismiss and Motion to Strike | September 10, 2019 |
| File Opposition to Motion to Dismiss and Motion to Strike | September 24, 2019 |
| File Reply re Motion to Dismiss and Motion to Strike | October 1, 2019 |
| Hearing on Defendants' Motion to Dismiss and Motion to Strike | October 15, 2019 at 9:30 a.m. |

IT IS SO ORDERED.

Date:  July 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE