UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>        Plaintiff,<br><br>vs.<br><br>KERN COUNTY; et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00558 DAD JLT<br><br>**[PROPOSED] ORDER STIPULATION TO EXTEND TIME FOR DEFENDANT DR. JAMES DIBDIN TO RESPOND TO FIRST AMENDED COMPLAINT BY 28 DAYS (L.R. 144 (a))**<br>**(Doc. 15)** |

Based upon the stipulation of the parties, defendant Dr. James Dibdin is **GRANTED** until August 23, 2019 to respond to the operative complaint in this action.

IT IS SO ORDERED.

    Dated: **August 7, 2019**                      **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE