UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICENTE BENAVIDES FIGUEROA, | ) | Case No. 1:19-cv-00558 DAD-JLT |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER RE STIPULATION FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT[1]** |
| vs. | ) | |
| | ) | **(Doc. 16)** |
| KERN COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based upon the stipulation of the parties, the Court **ORDERS:**

1. The plaintiff may file a second amended complaint **no later than August 8, 2019**;

2. The defendants SHALL file their responsive pleadings no later than **September 10, 2019**;

3. The scheduling conference **CONTINUED** to **December 2, 2019**.

IT IS SO ORDERED.

Dated: __**August 7, 2019**__ _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The prior order (Doc. 14) setting a briefing schedule for a not-yet filed dispositive motion is VACATED. If and when such a motion is filed, the moving party SHALL set the motion as required by the preferences of Judge Drozd. The Court here declines to set hearings on motions that have not been filed especially in this case where the parties have agreed to allow the plaintiff to file an amended complaint. Presumably, the amended complaint will address whatever valid legal arguments the defense could raise.