UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>              Plaintiff,<br><br>  vs.<br><br>KERN COUNTY, et al.<br><br>              Defendants. | Case No. 1:19-cv-00558 DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: CONSENT TO ELECTRONIC SERVICE;**<br>**(Doc. 42)** |

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the parties' stipulation allowing discovery requests and responses thereto, is **GRANTED**.

IT IS SO ORDERED.

Dated: __January 11, 2021__                    _____/s/ Jennifer L. Thurston_____
                                                                         UNITED STATES MAGISTRATE JUDGE