James D. Weakley, Esq.   Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, Robert Carbone, Gregg Bresson, and Ray Lopez[1]

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE BENAVIDES FIGUEROA, | CASE NO. 1:19-cv-00558-DAD-JLT |
| Plaintiffs, | **STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE;** [~~Proposed~~] **ORDER** |
| vs. | |
| KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; DR. JAMES DIBDIN; and DONES 1-10 INCLUSIVE, | (Doc. 52) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of records for plaintiff Vincente Benavides Figueroa ("Plaintiff"), and defendants County of Kern ("County"), Robert Carbone, Gregg Bresson, and Ray Lopez (collectively "County Defendants"); City of Delano ("City") Al Valdez, Estate of Jeffrey Nacua, and Sarah Garcia Nacua (collectively "City Defendants"); Dr. James Dibdin ("Dr. Dibdin") as follows:

Current counsel for County Defendants recently determined there was a potential conflict between County and defendants Robert Carbone, Gregg Bresson, and Ray Lopez. In light of this potential conflict, new counsel is in the process of obtaining the appropriate

---

[1] Counsel is in the process of obtaining the signatures on the substitution of attorney forms for filing with the court.

signatures to substitute in as counsel for Messrs. Carbone, Bresson, and Lopez. However, considering the Initial Scheduling Conference is currently set for April 22, 2021 and the Joint Scheduling Conference Statement is due April 15, 2021, it is unclear whether the substitution of attorney forms for Messrs. Carbone, Bresson, and Lopez will be filed and ruled upon in time for the new counsel to formally appear in the case and to provide their input for the Joint Scheduling Report.

Accordingly, the parties believe that there is good cause for the Court to approve the following stipulations:

1. The April 22, 2021 Initial Scheduling Conference be continued to May 6, 2021, or as soon there after as the Court and parties are available.

2. The Joint Status Conference Statement will be electronically filed by the parties 7 days prior to the Scheduling Conference date, and will be emailed in Word format to jltorders@caed.uscourts.gov.

DATED: April 12, 2021                WEAKLEY & ARENDT
                                      A Professional Corporation

                              By:     /s/ James D. Weakley
                                      James D. Weakley
                                      Brande L. Gustafson
                                      Attorneys for Defendants, ROBERT CARBONE,
                                      RAY LOPEZ, GREG BRESSON[2]

DATED: April 13, 2021                OFFICE OF THE COUNTY COUNSEL
                                      COUNTY OF KERN

                                      /s/ Marshall Scott Fontes
                                      Marshall Scott Fontes
                                      Kyle L. Holmes
                                      Attorneys for Defendants KERN COUNTY
                                      ROBERT CARBONE, RAY LOPEZ, GREG
                                      BRESSON[3]

---

[2] New counsel for Messrs. Carbone, Lopez, and Bresson once the substitution of attorney forms are filed and ruled upon by the court.
[3] Current counsel for Messrs. Carbone, Lopez, and Bresson.

| | |
|---|---|
| DATED: April 13, 2021 | MCLANE, BEDNARSKI & LITT<br>ZAVALA LAW GROUP<br>LAW OFFICES OF DO KIM, APLC<br><br>*/s/ Barrett S. Litt*<br>Barrett S. Litt<br>Lindsay B. Battles<br>Salomon Zavala<br>Do Kim<br>Attorneys for Plaintiff<br>VICENTE BENAVIDES FIGUEROA |
| DATED: April 13, 2021 | ORBACH, HUFF, SUAREZ & HENDERSON<br><br>*/s/ Kevin E. Gilbert*<br>Kevin E. Gilbert<br>Attorneys for Defendants CITY OF DELANO, AL VALDEZ, ESTATE OF JEFFREY NACUA AND SARAH GARCIA NACUA |
| DATED: April 12, 2021 | */s/ Lara Shapiro*<br>Lara Shapiro<br>Attorneys for Defendant DR. JAMES DIBDIN |

## [~~Proposed~~] ORDER

Pursuant to the parties' above stipulation, the Initial Scheduling Conference currently set for April 22, 2021, is continued to May 6, 2021 at 8:30 a.m., in Bakersfield, 510 19th Street before Chief Magistrate Judge Jennifer L. Thurston.  The parties SHALL file a Joint Status Conference Statement by no later than April 29, 2021.

IT IS SO ORDERED.

Dated:   **April 13, 2021**          /s/ Jennifer L. Thurston
                              CHIEF UNITED STATES MAGISTRATE JUDGE