BARRETT S. LITT, SBN 45527
Email: blitt@mbllegal.com
LINDSAY BATTLES, SBN 262862
Email: lbattles@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

SALOMON ZAVALA, SBN 243424
Email: szavala@zavalalawgroup.com
ZAVALA LAW GROUP, P.C.
1055 W. 7th Street, 33rd Floor
Los Angeles, California 90017
Tel: (213) 413-0144
Fax: (323) 210-7385

DO KIM, SBN 231038
Email: dkim@dokimlaw.com
LAW OFFICE OF DO KIM APLC
3435 Wilshire Blvd., Suite 2700
Los Angeles, California 90010
Tel: (213) 251-5440
Fax: (213) 232-4919

Attorneys for Plaintiff
VICENTE BENAVIDES FIGUEROA

[Counsel for Defendants listed on following page]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; DR. JAMES DIBDIN; ET AL.,<br><br>Defendants. | CASE NO. 1:19-cv-00558-DAD-JLT<br><br>**[Hon. Dale A. Drozd]**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (FRCP Rule 15)**<br><br>(Doc. 64) |

1   Margo A. Raison, County Counsel
2   Marshall S. Fontes, Chief Deputy, SBN 139567
    sfontes@kerncounty.com
3   Kyle W. Holmes, Deputy, SBN 288300
4   kholmes@kerncounty.com
    KERN COUNTY ADMINISTRATIVE CENTER
5   1115 Truxton Avenue, 4th Floor
6   Bakersfield, California 93301

7   Attorneys for Defendants COUNTY OF KERN (Erroneously sued and served as
8   "Kern County")

9   James D. Weakley
10  Brande L. Gustafson
    WEAKLEY & ARENDT, P.C.
11  5200 N. Palm Avenue, Ste. 211
12  Fresno, CA 93704
13  Email: jim@walaw-fresno.com
            brande@walaw-fresno.com
14
15  Attorneys for Defendants ROBERT CARBONE, RAYMOND LOPEZ AND
16  GREGG BRESSON

17  Kevin E. Gilbert, SBN 209236
    kgilbert@ohshlaw.com
18  ORBACH HUFF SUAREZ + HENDERSON, LLP
19  6210 Stoneridge Mall Road, Suite 210
20  Pleasanton, California 94588

21  Attorneys for Defendants CITY OF DELANO, ALFONSO VALDEZ, ESTATE
22  OF JEFFREY NACUA AND SARAH GARCIA NACUA

23  Lara R. Shapiro, SBN 227194
24  shapiro.lara@gmail.com
    4344 Promenade Way, Unit 207
25  Marina del Rey, California 90292
26
27  Attorneys for Defendant DR. JAMES DIBDIN
28

2

STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT

Plaintiff's original Complaint was filed on April 29, 2019.  On June 26, 2021, Plaintiff filed a First Amended Complaint ("FAC"). (Dkt. 7).  On August 8, 2019, Plaintiff filed a Second Amended Complaint ("SAC"), upon the Court's order granting the Stipulation for Plaintiff to file a Second Amended Complaint. (Dkt. 16, 18, 19). The Scheduling Order provides that the cutoff date to stipulate to amending the complaint or filing a motion to amend the complaint is September 30, 2021, making this stipulation timely under that order.

Plaintiff recently discovered that Defendant County of Kern was inadvertently omitted from the SAC's 9th cause of action for California Civil Code § 52.1.  After having met and conferred, Plaintiff and Defendant County of Kern agreed to stipulate to the filing of a Third Amended Complaint ("TAC"), with Plaintiff's proposed amendments clarifying that Defendant County of Kern is also a defendant for the 9th cause of action by adding it to the caption for the 9th cause of action (with no other change to the prior complaint).  Plaintiff's proposed TAC is attached hereto as Exhibit 1.

All parties hereby stipulate to the filing of the proposed TAC.


DATED: September 14, 2021       MCLANE, BEDNARSKI & LITT
                                      ZAVALA LAW GROUP
                                      LAW OFFICES OF DO KIM, APLC

                                      */ s / Barrett S. Litt*
                                      Barrett S. Litt
                                      Lindsay Battles
                                      Salomon Zavala
                                      Do Kim
                                      Attorneys for Plaintiff
                                      VICENTE BENAVIDES FIGUEROA

1

2

DATED: September 14, 2021          OFFICE OF THE COUNTY COUNSEL
                                   COUNTY OF KERN

3

_/ s /    Marshall S. Fontes_

4

Marshall S. Fontes
Kyle W. Holmes

5

Attorneys for Defendants COUNTY OF
KERN

6

7

8

DATED: September 14, 2021          ORBACH, HUFF, SUAREZ &
                                   HENDERSON

9

10

_/ s /    Kevin E. Gilbert_

11

Kevin E. Gilbert
Attorneys for Defendants CITY OF

12

DELANO, AL VALDEZ, ESTATE OF
JEFFREY NACUA AND SARAH

13

GARCIA NACUA

14

15

16

DATED: September 14, 2021          WEAKLEY & ARENDT

17

_/ s /    Brande L. Gustafson_

18

James D. Weakley
Brande L. Gustafson

19

Attorneys for Defendants ROBERT

20

CARBONE, RAYMOND LOPEZ, GREGG
BRESSON

21

22

DATED: September 14, 2021

23

24

_/ s /    Lara Shapiro_

25

Lara Shapiro
Attorneys for Defendant DR. JAMES

26

DIBDIN

27

28

4

STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT

## ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, the parties' stipulation for leave to file a Third Amended Complaint is hereby GRANTED.

Plaintiff shall file a Third Amended Complaint within  3 court   days from the date of this order.

IT IS SO ORDERED.

Date: September 15, 2021

_____
UNITED STATES DISTRICT JUDGE

5