James D. Weakley, Esq.    Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, Robert Carbone, Gregg Bresson, and Ray Lopez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; DR. JAMES DIBDIN; AND DOES 1–10, INCLUSIVE,<br><br>Defendants. | Case No. 1:19-cv-00558-DAD-BAK (SKO)<br><br>**STIPULATED AMENDMENT TO PROTECTIVE ORDER; ORDER**<br><br>**(Doc. 71)** |

Plaintiff VICENTE BENAVIDES FIGUEROA and Defendants, KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; and DR. JAMES DIBDIN ("the Parties") hereby enter an amendment to the stipulated protective order (Doc. No. 48) issued on April 9, 2021 to facilitate disclosure of confidential discovery materials in this case.

The Parties in good faith believe that the additional identified documents relevant to the above-captioned case qualify for protection under Federal Rule of Civil Procedure 26(c), including information that is (a) confidential, sensitive, or potentially invasive of an individual's privacy interests; (b) not generally known; and, (c) not normally revealed to the public or third parties or, if disclosed to third parties, would require such third parties to maintain the information in confidence.

These confidential documents consist of:

1. Personnel records of law enforcement and district attorney members of the Kern County District Attorney's Office.

The stipulated protective order (Doc. No. 48) issued on April 9, 2021, was issued just prior to counsel for defendants Robert Carbone, Gregg Bresson, and Ray Lopez substitution into the case on April 13, 2021 (Doc. Nos. 53-55). On page 1, lines 21-23, the stipulated protective order (Doc. No. 48) mistakenly included reference to personnel records of Kern County Sheriff's Office instead of the Kern County District Attorney's Office. Since individuals previously employed by the Kern County District Attorney's Office (defendants Robert Carbone, Gregg Bresson, and Ray Lopez), and not Kern County Sheriff's Office personnel, are named as defendants, the parties stipulate and request that in light of the sensitive nature of the documents potentially to be disclosed from the personnel records of law enforcement and district attorney members of the Kern County District Attorney's Office, that any such disclosure be governed in accordance with the provisions set forth in the stipulated protective order (Doc. No. 48) entered into by the parties and signed by the court on April 9, 2021.

DATED: January 3, 2022

MCLANE, BEDNARSKI & LITT
ZAVALA LAW GROUP
LAW OFFICES OF DO KIM, APLC

*/ s / Barrett S. Litt*
Barrett S. Litt
Lindsay B. Battles
Salomon Zavala
Do Kim
Attorneys for Plaintiff
VICENTE BENAVIDES FIGUEROA

| | |
|---|---|
| DATED: January 4, 2022 | OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF KERN<br><br>*/ s / Marshall Scott Fontes*<br>Marshall Scott Fontes<br>Kyle L. Holmes<br>Attorneys for Defendants KERN COUNTY<br>ROBERT CARBONE, RAY LOPEZ, GREG BRESSON |
| DATED: January 3, 2022 | ORBACH, HUFF, SUAREZ & HENDERSON<br><br>*/ s / Kevin E. Gilbert*<br>Kevin E. Gilbert<br>Attorneys for Defendants CITY OF DELANO, AL VALDEZ, ESTATE OF JEFFREY NACUA AND SARAH GARCIA NACUA |
| DATED: January 3, 2022 | */ s / Lara Shapiro*<br>Lara Shapiro<br>Attorneys for Defendant DR. JAMES DIBDIN |
| DATED: January 3, 2022 | WEAKLEY & ARENDT<br>A Professional Corporation<br><br>*/ s / Brande L. Gustafson*<br>James D. Weakley<br>Brande L. Gustafson<br>Attorneys for Defendants,<br>ROBERT CARBONE, RAY LOPEZ,<br>GREGG BRESSON |

**ORDER**

IT IS SO ORDERED.

Dated: __January 7, 2022__              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE