UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>         Plaintiff,<br><br>    v.<br><br>KERN COUNTY, *et al*.<br><br>         Defendants. | Case No. 1:19-cv-00558-ADA-CDB<br><br>ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER<br><br>(ECF No. 79) |

   Plaintiff filed this action on April 29, 2019.  (ECF No. 1).  On May 3, 2021, this Court issued a Scheduling Order.  (ECF No. 59).  On May 12, 2021, the Court issued an Amended Scheduling Order.  (ECF No. 63).  On October 28, 2022, the parties filed a Stipulation to Amend the Scheduling Order now at issue.  (ECF No. 79).  The parties request more time to engage in discovery and conduct depositions.  *Id*. at 1-2.  Based on the parties' representation in their Stipulation, the Court finds good cause exists to grant the parties' request.

   Therefore, the Court ORDERS the scheduling order is amended as follows:

| **Event** | **Current Date** (ECF No. 63). | **New Date** |
|---|---|---|
| **Non-expert discovery** | December 9, 2022 | March 9, 2023 |
| **Expert witness disclosure** | January 9, 2023 | April 9, 2023 |
| **Rebuttal expert disclosure** | January 23, 2023 | April 23, 2023 |

| **Filing of non-dispositive pre-trial motions** | February 27, 2023 | May 29, 2023 |
|---|---|---|
| **Hearing on non-dispositive pre-trial motions** | April 4, 2023 | July 5, 2023 |
| **Filing of dispositive pre-trial motions** | April 10, 2023 | July 10, 2023 |
| **Hearing on dispositive pre-trial motions** | June 6, 2023 | September 5, 2023 |
| **Settlement conference** | August 28, 2023 | November 27, 2023 at 10:00 a.m. |
| **Pre-trial conference** | October 16, 2023 | January 15, 2024 |

The Court FURTHER ORDERS that the trial of the case shall be set for March 12, 2024, at 8:30 a.m., in Courtroom 1, 8th floor of the Robert E. Coyle Federal Buidling, 2500 Tulare St Room 1501, Fresno, CA 93721, before the Honorable Judge Ana De Alba.

IT IS SO ORDERED.

Dated:   **November 2, 2022**

UNITED STATES MAGISTRATE JUDGE