UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, *et al*.<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00558-ADA-CDB<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY THE DISCOVERY SCHEDULE<br><br>(Doc. 84) |

Pending before the Court is Defendants' unopposed motion to modify the discovery schedule. (Doc. 84). In their supporting declarations, counsel for Defendants represent they require additional time to complete discovery in this matter and are requesting an additional three-week extension of the discovery cutoff dates in this case. *Id*. at 5.

Based on the parties' representations set forth in the unopposed motion to modify, and for good cause appearing, IT IS HEREBY ORDERED:

1. The Non-Expert Discovery Cut-Off deadline is extended to May 15, 2023;
2. The Expert Disclosure deadline is extended to June 14, 2023;
3. The Rebuttal Disclosure deadline is extended to July 12, 2023;
4. The Expert Discovery Cut-Off deadline is extended to July 31, 2023.

/ / /

/ / /

In all other respects, the Second Amended Scheduling Order (Doc. 83) remains controlling. Further requests for discovery, motion or trial extensions are strongly discouraged and no requests for extension will be granted without a showing of diligence by the parties and good cause

IT IS SO ORDERED.

Dated:  **March 13, 2023**  _____

UNITED STATES MAGISTRATE JUDGE