UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>  Plaintiff,<br><br>   v.<br><br>KERN COUNTY, *et al*.<br><br>  Defendants. | Case No. 1:19-cv-00558-ADA-CDB<br><br>ORDER GRANTING DEFENDANT COUNTY OF KERN'S APPLICATION FOR DETERMINATION OF GOOD CAUSE IN SUPPORT OF STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(Doc. 92) |

On April 29, 2019, Plaintiff Vicente Benavides Figueroa ("Plaintiff") initiated this action with the filing of his complaint. (Doc. 1). "Thereafter, the parties embarked on an arduous discovery journey in this complex matter." (Doc. 92 at 2). On May 12, 2023, the parties filed a stipulation for order extending by three months all discovery deadlines due to difficulties completing interrogatories, depositions, and Defendants' then-recent discovery of a box full of old cassette tapes related to this matter that the parties represented were potentially discoverable and for which they required additional time to review, transcribe, and produce. (Doc. 90 at 2-4).

On May 16, 2023, the Court granted in part and denied in part the stipulated request to modify the discovery schedule. (Doc. 91). The Court found the parties did not demonstrate that good cause existed for the requested extension of case management dates. *Id*. The Court extended the date to complete non-expert discovery to May 26, 2023, for the limited purpose for Defendant County of Kern to respond to Plaintiff's interrogatory requests and to permit the

parties time to complete a continued deposition of one of Defendant County of Kern's deponents. *Id*.

Pending before the Court is Defendant County of Kern's application for determination of good cause in support of stipulation to modify the scheduling order. (Doc. 92). Defendant represents the aforementioned deponent was unable to be deposed on May 26, 2023, but that Defendant since has identified an alternative deponent. *Id*. at 2. Further, Defendant provides in the renewed request for discovery extensions additional information regarding the late discovery of the cassette tapes. *Id*. at 2-4. Defendant also supplemented its application with a supporting declaration (Doc. 94) that further expounds upon the discovery implications of the recently discovered cassette tapes, as well as the efforts Defendant has undertaken to preliminarily review and process the contents of the tapes. Thereafter, on June 19, 2023, counsel for Plaintiff filed a declaration in which he represents that the balance of equities "strongly supports" granting the requested discovery extensions. (Doc. 95).

*Remainder of This Page Intentionally Left Blank*

In light of the parties' representations in the motion (Doc. 92), the declarations (Docs. 94-95), and for good cause shown, it is HEREBY ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| **Non-expert discovery** | August 15, 2023 |
| **Expert disclosure** | September 14, 2023 |
| **Rebuttal disclosure** | October 12, 2023 |
| **Expert Discovery Cut-Off** | October 31, 2023 |
| **Filing of non-dispositive motions** | October 12, 2023 |
| **Hearing of non-dispositive motions** | November 23, 2023 |
| **Filing of dispositive motions** | November 22, 2023 |
| **Hearing of dispositive motions** | January 8, 2024 |

IT IS SO ORDERED.

Dated:   **June 20, 2023**                                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE