UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>  Plaintiff,<br><br>  v.<br><br>KERN COUNTY, *et al*.<br><br>  Defendants. | Case No. 1:19-cv-00558-NODJ-CDB<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER<br><br>(Doc. 119)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME TO HEAR PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER<br><br>(Doc. 121) |

On April 29, 2019, Plaintiff Vicente Benavides Figueroa ("Plaintiff") initiated this action with the filing of his complaint. (Doc. 1). According to the parties, thereafter, they "embarked on an arduous discovery journey in this complex matter." (Doc. 92 at 2).[1]

Pending before the Court is the parties' second request to extend case management dates due to the health-related unavailability of Plaintiff's expert witness, Dr. James Ophoven, to appear for deposition. (Doc. 119). Based on Plaintiff's representations in the unopposed

---

[1] The Court incorporates herein the procedural history of this case set forth in its November 13, 2023, order. (Doc. 107).

motion,[2] the Court finds good cause to adopt the proposed amendments to the scheduling order and shall order the case management dates be amended.

### Conclusion and Order

Accordingly, IT IS HEREBY ORDERED that Plaintiff's unopposed motion to amend the scheduling order regarding expert discovery, motion and trial dates (Doc. 119) is GRANTED;

It is FURTHER ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| **Expert discovery deadline**[3] | May 31, 2024 |
| **Dispositive motion deadline** | June 21, 2024 |
| **Dispositive motion hearing** | July 12, 2024 |
| **Pretrial Conference** | September 9, 2024 |
| **Trial** | October 29, 2024 |

And it is FURTHER ORDERED that Plaintiff's *ex parte* application to shorten time to hear Plaintiff's unopposed motion to amend scheduling order (Doc. 121) is DENIED AS MOOT.

The Clerk of Court is DIRECTED to VACATE the motion hearing set for January 16, 2024, at 10:30 AM.

IT IS SO ORDERED.

Dated: **January 8, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff represented in his motion that "Counsel for defendants County of Kern, Carbone, Bresson and Lopez, and counsel for [D]efendant Dibdin, responded…they had no opposition to extending the dates on that schedule." (Doc. 119 at 3).

[3] The extended expert discovery deadline is to facilitate only the completion of the expert depositions that were timely noticed prior to the then-operative October 31, 2023, deadline.