1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| VICENTE BENAVIDES FIGUEROA,<br><br>Plaintif,<br>v.<br>KERN COUNTY et al.<br><br>Defendants. | Case No.: 1:19-CV-00558-KES-CDB<br><br>ORDER GRANTING STIPULATION OF PLAINTIFF AND DEFENDANTS CARBONE, BRESSON AND LOPEZ FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITHOUT PREJUDICE<br><br>Doc. 160 |

1

FOR GOOD CAUSE SHOWN, and pursuant to the stipulation of Plaintiff Benavides and Defendants Carbone, Bresson and Lopez, and Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendants Carbone, Bresson and Lopez are dismissed without prejudice on the following terms:

1. The complaint against Defendants Carbone, Bresson and Lopez is dismissed without prejudice.
2. Each side shall bear its own fees and costs.
3. This dismissal is not intended to have any impact on, and will have no impact on, defendant Kern County's potential *Monell* liability under federal law, or vicarious liability under California law, including for the actions of these three defendants, nor is it intended to have any impact on, and will have no impact on, evidence that may be proffered or admitted into evidence in the case against Kern County for *Monell* liability under federal law or vicarious liability under California law, including evidence that involves the conduct of any of Defendants Carbone, Bresson and Lopez.
4. No new complaint involving the claims in this case will be filed by Plaintiff Benavides against any of Defendants Carbone, Bresson and Lopez.

IT IS SO ORDERED.

Dated:   January 31, 2025