UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00558-KES-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT<br><br>(Doc. 169) |

Pending before the Court is the parties' stipulated request to extend the deadline to file oppositions to the pending motions for summary judgment (from May 26, 2025, to May 27, 2025). (Doc. 169). For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. The parties shall file oppositions to any of the pending motions for summary judgment by no later than **May 27, 2025**; and

2. Any optional reply shall be filed in accordance with the Court's briefing schedule. (Doc. 154) (*i.e.*, "file replies no later than June 16, 2025.").

IT IS SO ORDERED.

Dated:   **May 20, 2025**

UNITED STATES MAGISTRATE JUDGE