Case 1:19-cv-00558-KES-CDB    Document 179    Filed 05/28/25    Page 1 of 2

| | |
|---|---|
| 1 | MARGO A. RAISON, COUNTY COUNSEL |
| 2 | By: Kyle W. Holmes, Deputy (SBN: 288300) |
| | Marshall S. Fontes, Chief Deputy (SBN: 139567) |
| 3 | Jeremy S. McNutt, Deputy (SBN: 320723) |
| | Kern County Administrative Center |
| 4 | 1115 Truxton Avenue, Fourth Floor |
| | Bakersfield, CA 93301 |
| 5 | Telephone: 661-868-3800 |
| 6 | Facsimile: 661-868-3805 |
MARGO A. RAISON, COUNTY COUNSEL
By: Kyle W. Holmes, Deputy (SBN: 288300)
Marshall S. Fontes, Chief Deputy (SBN: 139567)
Jeremy S. McNutt, Deputy (SBN: 320723)
Kern County Administrative Center
1115 Truxton Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: 661-868-3800
Facsimile: 661-868-3805

Co-Counsel

KING & SPALDING LLP
Alexander G. Calfo (SBN: 152891)
Carter L. George (SBN: 308775)
633 West 5th Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for County of Kern (erroneously sued and served as "Kern County")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; DR. JAMES DIBDIN; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 1:19-cv-00558-KES-CDB<br><br>**ORDER GRANTING DEFENDANT COUNTY OF KERN'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT FROM THE DOCKET** |

ORDER GRANTING KERN COUNTY'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT    Case No. 1:19-cv-00558-KES-CDB

# **ORDER**

Upon the motion of Defendant County of Kern, and good cause appearing, **IT IS HEREBY ORDERED THAT** Docket # 174-1, Defendant's Request to Seal Documents and Portions of Response to Plaintiff's Separate Statement of Undisputed Facts, shall be removed from the docket. Doc. 174-1 was inadvertently filed as an attachment to defendant's notice of request to seal. The documents included at Doc. 174-1 are the subject of defendant's pending request to seal and should not have been filed on the public docket, pending further order of the Court. The Clerk of the Court shall remove Doc. 174-1 from the Court's ECF / PACER filing systems, as requested by defendant.

IT IS SO ORDERED.

Dated:   May 28, 2025

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING KERN'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT        - 1 -        Case No. 1:19-cv-00558-KES-CDB