KENDRA L. GRAHAM, COUNTY COUNSEL
By: Kyle W. Holmes, Deputy (SBN: 288300)
Marshall S. Fontes, Chief Deputy (SBN: 139567)
Jeremy S. McNutt, Deputy (SBN: 320723)
Kern County Administrative Center
1115 Truxton Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: 661-868-3800
Facsimile: 661-868-3805

Co-Counsel

KING & SPALDING LLP
Alexander G. Calfo (SBN: 152891)
Carter L. George (SBN: 308775)
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for County of Kern (erroneously sued and served as “Kern County”)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICENTE BENAVIDES FIGUEROA,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; DR. JAMES DIBDIN; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 1:19-cv-00558-KES-CDB<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION (L.R. 160)**<br><br>Judge: Hon. Kirk E. Sherriff |

Pursuant to Local Rule 160, the parties notify the Court that they have agreed to settle this action in its entirety. The parties are in the process of formalizing a Settlement Agreement and Release and, pursuant to Local Rule 160(b), anticipate dismissals with prejudice of this case will be filed within 21 days from the date of this notice, by July 6, 2026 (which assumes both a fully executed settlement agreement and completion of payment).

Dated: June 12, 2026

KENDRA L. GRAHAM, COUNTY COUNSEL COUNTY OF KERN

By: /s/Kyle W. Holmes (as authorized on 6/12/2026)
Kyle W. Holmes, Deputy
Marshall S, Fontes, Chief Deputy
Jeremy S. McNutt, Deputy
Attorneys for Defendant COUNTY OF KERN

Dated: June 12, 2026

KING & SPALDING LLP

By: /s/Alexander G. Calfo
Alexander G. Calfo
Carter L. George
Attorneys for Defendant
COUNTY OF KERN

Dated: June 12, 2026

McLANE, BEDNARSKI & LITT, LLP
ZAVALA LAW GROUP, P.C.
LAW OFFICE OF DO KIM APLC

By: *<u>/s/Barry S. Litt (as authorized on 6/12/2026)</u>*
Barrett S. Litt
Lindsay B. Battles
Salomon Zavala
Do Kim
Attorneys for Plaintiff VICENTE BENAVIDES FIGUEORA

Dated: June 12, 2026

By: *<u>/s/Lara S. Shapiro (as authorized on 6/12/2026)</u>*
Lara S. Shapiro
Attorney for Defendant DR. JAMES DIBDIN