BARRET S. LITT, SBN 45527
Email: blitt@mbllegal.com
LINDSAY B. BATTLES, SBN 237556
Email: lbattles@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

SALOMON ZAVALA
Email: szavala@zavalalawgroup.com
ZAVALA LAW GROUP, P.C.
811 W. 7th Street, 9th Floor
Los Angeles, California 90017
Tel: (213) 413-0144
Fax: (323) 210-7385

DO KIM, SBN 231038
Email: dkim@dokimlaw.com
LAW OFFICE OF DO KIM APLC
3435 Wilshire Blvd., Suite 2700
Los Angeles, California 90010
Tel: (213) 251-5440

Attorneys for Plaintiff
VICENTE BENAVIDES FIGUEROA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VICENTE BENAVIDES FIGUEROA,

Plaintiff,

v.

KERN COUNTY; CITY OF DELANO; ROBERT CARBONE; GREGG BRESSON; RAY LOPEZ; ALFONSO VALDEZ; ESTATE OF JEFFREY NACUA; SARAH GARCIA NACUA; DR. JAMES DIBDIN; AND DOES 1-20, INCLUSIVE,

Defendants.

Case No. 1:19-cv-00558-KES-CDB

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**

Judge: Hon. Kirk E. Sherriff

Pursuant to Eastern District of California Local Rule 160, Plaintiff Vicente Benavides Figueroa and Defendants County of Kern and Dr. James Dibdin (collectively "the parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court extend by twenty-one (21) days the deadline to file dispositional documents.

On June 12, 2026, the parties filed a Joint Notice of Settlement of Entire Action, which provided that the parties anticipated dispositional documents would be filed by July 6, 2026. [Dkt. 194.] Thereafter, on June 15, 2026, the Court issued an Order directing the parties to file dispositional documents no later than July 6, 2026. [Dkt. 195.] By Order granting the parties' stipulation to extend the deadline to file dispositional documents, the Court extended the July 6, 2026, deadline to August 5, 2026. [Dkts. 196, 197.] Finally, the Court granted the parties' stipulation to extend the August 5, 2026, deadline to file dispositional documents to September 21, 2026. [Dkts. 198, 199].

The parties have fully executed the settlement agreement. The parties request this extension in good faith to allow sufficient time for processing and issuance of the settlement check, receipt and deposit of the check by Plaintiff's counsel, and clearance of the settlement funds before filing dispositional documents. Accordingly, the parties respectfully request that the deadline to file dispositional documents be extended to October 12, 2026.

Dated: September 17, 2026

KENDRA L. GRAHAM, COUNTY COUNSEL COUNTY OF KERN

By: /s/ Kyle W. Holmes
Kyle W. Holmes, Deputy
Marshall S, Fontes, Chief Deputy
Jeremy S. McNutt, Deputy
Attorneys for Defendant COUNTY OF KERN

Dated: September 17, 2026

KING & SPALDING LLP

By: /s/ Alexander G. Calfo
Alexander G. Calfo
Carter L. George
Attorneys for Defendant
COUNTY OF KERN

Dated: September 17, 2026

McLANE, BEDNARSKI & LITT, LLP
ZAVALA LAW GROUP, P.C.
LAW OFFICE OF DO KIM APLC

By: /s/ Barrett S. Litt
Barrett S. Litt
Lindsay B. Battles
Salomon Zavala
Do Kim
Attorneys for Plaintiff VICENTE BENAVIDES FIGUEORA

Dated: September 17, 2026

By: /s/ Lara S. Shapiro
Lara S. Shapiro
Attorney for Defendant DR. JAMES DIBDIN

## [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED, and the deadline for the Parties to file dispositional documents is extended to October 12, 2026.

IT IS SO ORDERED.

DATED: September ____, 2026 By: ________________________________
HONORABLE KIRK E. SHERRIFF
UNITED STATES JUDGE